# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

149354(20)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DAVID JAMES MATHIS,
            Plaintiff-Appellant,

v

                                          SC:  149354
                                          COA:  320403

E C BROOKS CORRECTIONAL
FACILITY WARDEN,
            Defendant-Appellee.
                                          Muskegon CC:  13-049080-AH

_____/

       On order of the Court, the motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



p0223

                                        Clerk